UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
PETER N. BRYANT, ) Case No. 05-05892
)
Debtor(s). )

### NOTICE OF LIFTING OF AUTOMATIC STAY

National City Mortgage Co., by and through its attorneys, Heavner, Scott, Beyers & Mihlar, hereby gives notice that the Debtor has failed to comply with the Order entered on June 5, 2007. That notice of Debtor's default was electronically filed and mailed to Debtor, his attorney, the Trustee and the U.S. Trustee on January 18, 2008. More than fourteen (14) days have passed and the Debtor has failed to cure the default. Pursuant to said Order, the automatic stay is lifted without further hearing or Order of the Court.

Dated: March 5, 2008

NATIONAL CITY MORTGAGE CO.,

By: _____
Faiq Mihlar of
Heavner, Scott, Beyers & Mihlar

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to:

| | | |
|---|---|---|
| Peter N. Bryant | John C. Dent, Attorney | Glen B. Stearns, Trustee |
| 2917 Reflection | 1000 South State, Suite 202 | 4343 Commerce Court, Suite 120 |
| Plainfield, IL 60441 | Lockport, IL 60441 | Lisle, IL 60532 |
| | | |
| Gerald Mylander | U.S. Trustee | |
| 4343 Commerce Court, Suite 120 | 227 West Monroe, Suite #3350 | |
| Lisle, Illinois 62532 | Chicago, Illinois 60606 | |

with postage fully prepaid and by depositing said envelope in a U. S. Post Office Mail Box in Decatur, Illinois on the 5th day of March, 2008.

_____
Faiq Mihlar

FAIQ MIHLAR (#06274089)
HEAVNER, SCOTT, BEYERS & MIHLAR
Attorneys at Law
Post Office Box 740
Decatur, Illinois 62525-0740
Telephone: (217) 422-1719



EXHIBIT
C