```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 05892
    PETER N BRYANT
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-7336


---------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/22/05 and confirmed on 04/13/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  23969.96 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG           .00             .00            .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE     15451.86         1536.93       15451.86
CAPITAL ONE BANK           UNSECURED           549.89             .00         549.89
CHARTER ONE                UNSECURED         NOT FILED            .00            .00
MCI WORLDCOM RES SERVICE   UNSECURED         NOT FILED            .00            .00
BECKET & LEE LLP           UNSECURED          1463.74             .00        1463.74
        Summary of disbursements:
---------------------------------------------------------------------------------
                     SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   15451.86         .00       2013.63         .00       17465.49
PRINCIPAL PAID       15451.86         .00       2013.63         .00       17465.49
INTEREST PAID         1536.93         .00            .00        .00        1536.93
TOTAL PAID           16988.79         .00       2013.63         .00       19002.42
The Debtor's attorney, JOHN C DENT                    , was allowed $   2700.00
and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $    930.82 .

Refunds to the Debtor totaled $   1736.72 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/08/08                        /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
   CASE NO. 05 B 05892 PETER N BRYANT
```